**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**PAMELA PALMERTREE**                                                 **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO.: 4:13-cv-101-MPM-JMV**

**VILLAGE PROPERTIES, INC.**                                  **DEFENDANT**

**<u>ORDER</u>**

This matter is before the court on Plaintiff's Motion to Compel Discovery [37]. Having considered the unopposed motion, the court hereby rules as follows.

The court observes the exhibits the plaintiff seeks to compel were not requested in a formal request for production of documents. Consequently, if the documents are properly the subject of a motion to compel, they must be producible pursuant to the defendant's initial disclosure requirements. In particular, Federal Rule of Civil Procedure 26 provides, "A party must … provide to the other parties a copy – or a description by category and location – of all documents … the disclosing party … may use to support its claims or defenses…." FED. R. CIV. P. 26(a)(1)(A)(ii).

**IT IS, THEREFORE, ORDERED**:

(1) If the defendant does not intend to use the exhibits in support of its claims or defenses, the motion is hereby **DENIED**.

(2) If the defendant does intend to use the exhibits in support of its claims or defenses, the motion is hereby **GRANTED**, and the defendant must produce the requested documents within twenty-four (24) hours of entry of this order.

(3) The court further observes the parties' obligations to confer in good-faith have been suspect, and they are reminded of the necessity in this district to conduct themselves with civility and professionalism.

**SO ORDERED**, this the 28th day of January 2014.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**